IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO.  CR-07-173-S-EJL |
| Plaintiff, | ) | |
| | ) | ORDER FOR PREPARATION |
| vs. | ) | OF REPORTER'S TRANSCRIPTS |
| | ) | |
| FRANCISCO CHAIREZ-AGUIRRE, | ) | |
| | ) | |
| Defendant. | ) | |
|_____| ) | |

The Court reviewed Defendant's Motion for Preparation of Reporter's Transcripts for the Change of Plea hearing held on February 14, 2008, and Sentencing hearing held on June 2, 2008, and having previously determined the Defendant is indigent and was appointed counsel.  The Court finds that good cause exists and directs that the Change of Plea and Sentencing transcripts ordered in this matter be prepared at expense of the United States.

**ORDER**

Based on the foregoing and being fully advised in the premises the Court **GRANTS** Defendant's motion (Dkt. No. 438).

DATED: **June 16, 2008**

_____
Honorable Edward J. Lodge
U. S. District Judge